USDC SCAN INDEX SHEET

















```
RYC    10/25/05    14:16
3:01-CV-02302   DATAQUILL LIMITED V. KYOCERA WIRELESS
*216*
*O.*
```

FILED
05 OCT 25 PM 2:04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAQUILL LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>KYOCERA WIRELESS CORP.,<br><br>Defendant. | Civil No. 01CV2302B (BLM)<br><br>SUPERSEDING CLAIM CONSTRUCTION ORDER FOR UNITED STATES PATENT NUMBER 6,058,304 |

This Order supersedes the original claim construction order of May 11, 2005, and the superseding claim construction order of July 1, 2005, and thus constitutes the only superseding claim construction order in this case.

Pursuant to Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996), on May 3-5, 2005, the Court conducted a Markman hearing in the above-titled patent infringement action regarding construction of the disputed claim terms for U.S. Patent Number 6,058,304 ("the '304 patent"). Plaintiff DataQuill Limited ("DataQuill") was represented by the Competition Law Group, and Defendant Kyocera Wireless Corp. ("Kyocera") was represented by the law firm Procopio Cory Hargreaves & Savitch LLP. On October 24,

- 1 -

01CV2302

1  2005, the Court conducted a limited Markman hearing in the above-titled patent
2  infringement action regarding construction of the claim term "reading sensor" in the '304
3  patent. Plaintiff DataQuill Limited ("DataQuill") was represented by the Competition Law
4  Group and the law firm Hech Solberg Robinson and Goldberg. Defendant Kyocera Wireless
5  Corp. ("Kyocera") was represented by the law firm Procopio Cory Hargreaves & Savitch
6  LLP.

7      At the Markman hearing, the Court, with the assistance of the parties, analyzed claim
8  terms in order to prepare jury instructions interpreting the pertinent claims at issue in the '304
9  patent. Additionally, the Court and the parties prepared a "case glossary" for terms found in
10 the claims and the specification for the '304 patent considered to be technical in nature which
11 a jury of laypersons might not understand clearly without specific definition.

12     After careful consideration of the parties' arguments and the applicable statutes and
13 case law, the Court **HEREBY CONSTRUES** the claims in dispute in the '304 patent and
14 **ISSUES** the relevant jury instructions as written in Exhibit A, attached hereto. Further, the
15 Court **HEREBY DEFINES** all pertinent technical terms as written in Exhibit B, attached
16 hereto. <u>This order supersedes and replaces all previous orders construing the claims of the</u>
17 <u>'304 patent</u>.

18     **IT IS SO ORDERED.**

19 DATED: _10-25-05_  
20                                          HON. RUDI M. BREWSTER
21                                          UNITED STATES DISTRICT JUDGE

22  
23 cc:    All Parties  
          Magistrate Judge

# EXHIBIT A
## UNITED STATES PATENT NUMBER 6,058,304 - CLAIM CHART

| **VERBATIM CLAIM LANGUAGE** | **COURT'S CLAIM INTERPRETATION** |
|---|---|
| **Claim 1** | |
| A data entry device for use in a data entry system, said data entry device comprising: | A data entry device for use in a data entry system, said data entry device comprising: |
| a reading sensor responsive to commands and/or sensed commands and data to produce input signals; | a reading sensor [*a structure capable of detecting and reporting data*] responsive [*giving response or reaction*] to commands and/or sensed commands and data [*instructions and factual information*] to produce input signals [*output of the reading sensor to be received by a controller*]; |
| a controller coupled to said reading sensor to receive and process said input signals; | a controller [*a microprocessor or other processing circuitry*] coupled [*connected or linked*] to said reading sensor to receive and process [*to subject to examination or analysis*] said input signals; |
| said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and | said controller coupled to a communications interface [*a device which enables communication between two or more devices*] to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect [*connect without an intervening agency or step between the data entry device and the wireless telecommunications network*] said data entry device to a wireless telecommunications network; and |
| a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller; | a display [*an electronic element that provides a visual representation*] coupled to said controller to display [*show*] commands and/or information under control of said input signals processed by said controller; |
| wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network, and wherein | wherein said reading sensor, controller and display comprise [*are*] a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network, and wherein said |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| said controller is responsive to a said command to cause downloading of information from a remote processing center as required for updating information previously stored in said data entry device. | controller is responsive to a said command to cause downloading [*transferring from one place to storage at another*] of information from a remote processing center as required for updating information previously stored in said data entry device. |
| **Claim 2** | |
| A data entry device for use in a data entry system, said data entry device comprising: | A data entry device for use in a data entry system, said data entry device comprising: |
| a reading sensor responsive to commands and/or sensed commands and data to produce input signals; | a reading sensor responsive to commands and/or sensed commands and data to produce input signals; |
| a controller coupled to said reading sensor to receive and process said input signals; | a controller coupled to said reading sensor to receive and process said input signals; |
| said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and | said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and |
| a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller; | a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller; |
| wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network and said data entry device is integral with a cellular telephone, and wherein said controller is responsive to a said command to cause downloading of information from a remote processing center as required for updating information previously stored in said data entry device. | wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network and said data entry device is integral with [*formed as a unit with one or more parts*] with a cellular telephone, and wherein said controller is responsive to a said command to cause downloading of information from a remote processing center as required for updating information previously stored in said data entry device. |

| **VERBATIM CLAIM LANGUAGE** | **COURT'S CLAIM INTERPRETATION** |
|---|---|
| <u>Claim 4</u> | |
| A data entry device according to any of claims 1, 2 or 3, wherein said communications interface includes a modem. | A data entry device according to any of claims 1, 2 or 3, wherein said communications interface includes a <u>modem</u> [*a device that converts data from one form to another*]. |
| <u>Claim 5</u> | |
| A data entry device according to any of claims 1, 2 or 3, wherein said reading sensor, controller and display comprise a hand holdable unit. | A data entry device according to any of claims 1, 2 or 3, wherein said reading sensor, controller and display comprise a <u>hand holdable</u> [*can be held by one hand in normal use*] unit. |
| <u>Claim 6</u> | |
| A data entry device according to any of claims 1, 2 or 3, wherein said data entry device includes a rechargeable power source, means being provided for recharging said power source. | A data entry device according to any of claims 1, 2 or 3, wherein said data entry device includes a rechargeable power source, means being provided for recharging said power source. |
| <u>Claim 7</u> | |
| A data entry device according to any of claims 1, 2 or 3, wherein said data entry device comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying said commands and/or information. | A data entry device according to any of claims 1, 2 or 3, wherein said data entry device comprises one or two <u>manually operable switches</u> [*devices for making, breaking, or changing the connections in an electrical circuit, which can be operated by hand*] for <u>scrolling said display</u> [*stepping through text or graphics displayed on a display*] in a first and/or second direction for selectively displaying said commands and/or information. |
| <u>Claim 8</u> | |
| A data entry device according to any of claims 1, 2 or 3, wherein said data entry device comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying said commands and/or information, and wherein operation of said first and/or second switches in predetermined operational states of said | A data entry device according to any of claims 1, 2 or 3, wherein said data entry device comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying said commands and/or information, and wherein operation of said first and/or second switches in predetermined operational states of said data |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| data entry device causes predetermined functions other than scrolling functions to be performed. | entry device causes predetermined functions other than scrolling functions to be performed. |
| **Claim 9** | |
| A data entry device according to any of claims 1, 2 or 3, wherein said display screen comprises a touch sensitive screen forming a said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input. | A data entry device according to any of claims 1, 2 or 3, wherein said display screen comprises a touch sensitive screen [*screen which reacts to touch by producing a signal*] forming [*assuming the function of*] a said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input. |
| **Claim 10** | |
| A data entry device according to any of claims 1, 2 or 3 wherein a said reading sensor is for reading coded data such as fingerprints or signatures or written text, wherein said controller is arranged to access stored information for selectable items to determine natural language characters or images corresponding to the coded data for display. | A data entry device according to any of claims 1, 2 or 3 wherein a said reading sensor is for reading coded data [*data having a recognizable pattern or structure*] such as fingerprints or signatures [*a characteristic or mark distinctively identifying a person*] or written text, wherein said controller is arranged to access stored information [*information previously saved*] for selectable items to determine natural language characters or images corresponding to the coded data for display. |
| **Claim 12** | |
| A data entry device according to any of claims 1, 2 or 3, wherein a said reading sensor is a motion detector or a scanning device. | A data entry device according to any of claims 1, 2 or 3, wherein a said reading sensor is a motion detector [*a device that is sensitive to movement*] or a scanning device. |
| **Claim 18** | |
| A data entry device according to any of claims 1, 2 or 3 comprising rewritable storage and wherein programs in said data entry device are updateable remotely from a processing center. | A data entry device according to any of claims 1, 2 or 3 comprising rewritable storage [*storage in which the stored information can be written over*] and wherein programs [*coded instructions that a computer follows to perform a desired sequence of operations*] in said data entry device are updateable remotely from a processing center. |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| **Claim 20** | |
| A data entry device according to any of claims 1, 2 or 3, comprising a carrier or a display for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry device or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. | A data entry device according to any of claims 1, 2 or 3, comprising a carrier [*a medium which carries one or more data and/or command code, character, image, or graphical or alphanumeric data representation*] or a display for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry device or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof.<br><br>This is a **means-plus-function** claim. The function of the above means is: displaying a plurality of selectable items. The structure to perform this function is: cols. 2:13-29; 6:51-7:9; 12:65-13:21, and their equivalents. |
| **Claim 21** | |
| A data entry device according to any of claims 1, 2 or 3, comprising a carrier or a display for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry device or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof, wherein said codes are bar and/or dot codes and/or other product identifications. | A data entry device according to any of claims 1, 2 or 3, comprising a carrier or a display for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry device or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof, wherein said codes are bar and/or dot codes and/or other product identifications. |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| **Claim 22** | |
| A data entry device according to claim [sic] any of claims 1, 2 or 3 wherein a key on said data entry device can be used for entry of a said command and/or data. | A data entry device according to any of claims 1, 2 or 3 wherein a key *[a manual switch]* on said data entry device can be used for entry of a said command and/or data. |
| **Claim 23** | |
| A merchandising system comprising a data entry device according to any of claims 1, 2 or 3, wherein: | A merchandising system comprising a data entry device according to any of claims 1, 2 or 3, wherein: |
| said device is programmable with information relating to user selectable merchandisable items; and | said device is programmable with information relating to user selectable merchandisable items; and |
| said interface is coupleable to a remote processing center for initiating processing of user orders of said selectable merchandisable items. | said interface is coupleable to a remote processing center for initiating processing of user orders of said selectable merchandisable items. |
| **Claim 26** | |
| A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: | A data entry system comprising a hand holdable data entry unit, said hand holdable *[can be held by one hand in normal use]* unit comprising: |
| a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; | a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; |
| rewritable storage programmable with information relating to a plurality of items, user selectable by means of said reading sensor; | rewritable storage programmable with information relating to a plurality of items, user selectable by means of said reading sensor; |
| a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; and | a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; and |
| a display screen for displaying a user readable representation of said commands and said stored information for said | a display screen for displaying a user readable representation of said commands and said stored information for said selected |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| selected item; and | item; and |
| said system further comprising: a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to selectable items from said remote processing center to said storage via said telecommunications network, said controller being responsive to a said command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items, wherein said hand holdable unit includes a speaker and a microphone permitting said hand holdable unit to be used as a telephone handset. | said system further comprising: a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to selectable items from said remote processing center to said storage via said telecommunications network, said controller being responsive to a said command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items, wherein said hand holdable unit includes a speaker and a microphone permitting said hand holdable unit to be used as a telephone handset. |
| **Claim 27** | |
| A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: | A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: |
| a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; | a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; |
| rewritable storage programmable with information relating to selectable items; | rewritable storage programmable with information relating to selectable items; |
| a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; | a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; |
| a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and | a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and |
| a telecommunications interface for | a telecommunications interface for |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network, and wherein said hand holdable unit includes a speaker and a microphone permitting said hand holdable unit to be used as a telephone handset. | telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a <u>telecommunications line interface</u> [*a device that enables telephonic communication between two or more devices by wire or cable*] integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network, and wherein said hand holdable unit includes a speaker and a microphone permitting said hand holdable unit to be used as a telephone handset. |
| **Claim 28** | |
| A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: | A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: |
| a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; | a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; |
| rewritable storage programmable with information relating to selectable items; | rewritable storage programmable with information relating to selectable items; |
| a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; | a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; |
| a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and | a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and |
| a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center | a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| via a wireless telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said wireless telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said wireless telecommunications network. | wireless telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said wireless telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said wireless telecommunications network. |
| **Claim 29** | |
| A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: | A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: |
| a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; | a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; |
| rewritable storage programmable with information relating to a plurality of items, user selectable by means of said reading sensor; | rewritable storage programmable with information relating to a plurality of items, user selectable by means of said reading sensor; |
| a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; and | a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; and |
| a display screen for displaying a user readable representation of said commands and said stored information for said selected item; | a display screen for displaying a user readable representation of said commands and said stored information for said selected item; |
| and said system further comprising: a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to selectable items from said remote processing center to said storage via said telecommunications network, said controller being responsive to either a said | and said system further comprising: a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to selectable items from said remote processing center to said storage via said telecommunications network, said controller being responsive to either a said command or |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| command or a said sensed command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items, and wherein said system further comprises a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of said selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry system or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. | a said sensed command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items, and wherein said system further comprises a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of said selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry system or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. |
| **Claim 30** | |
| A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: | A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising: |
| a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; | a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data; |
| rewritable storage programmable with information relating to selectable items; | rewritable storage programmable with information relating to selectable items; |
| a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; | a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; |
| a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and | a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and |
| a telecommunications interface for telephonic transmission of information relating to a selected item or items from | a telecommunications interface for telephonic transmission of information relating to a selected item or items from said |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network, and wherein said data entry system further comprises a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of said selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry system or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. | storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network, and wherein said data entry system further comprises a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of said selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry system or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. |
| **Claim 32** | |
| A data entry system according to claim 26 or claim 29, wherein said telecommunications interface is integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network. | A data entry system according to claim 26 or claim 29, wherein said telecommunications interface is integral to said hand holdable unit and <u>directly connects</u> [*connect without an intervening agency or step between the hand holdable unit and the telecommunications network*] said hand-holdable unit to said telecommunications network. |
| **Claim 33** | |
| A data entry system according to any of claims 26, 28, 29, 30 or 31, wherein said hand holdable unit includes a rechargeable power source, means being provided for recharging said power source. | A data entry system according to any of claims 26, 28, 29, 30 or 31, wherein said hand holdable unit includes a rechargeable power source, means being provided for recharging said power source. |
| **Claim 34** | |
| A data entry system according to any of | A data entry system according to any of |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| claims 26, 27, 29 or 30, wherein said telecommunications interface is a wireless telecommunications network interface. | claims 26, 27, 29 or 30, wherein said telecommunications interface is a wireless telecommunications network interface. |
| **Claim 35** | |
| A data entry system according to any of claims 26, 27, 29, 30 or 31, wherein said telecommunications interface is a cellular telephone network interface. | A data entry system according to any of claims 26, 27, 29, 30 or 31, wherein said telecommunications interface is a cellular telephone network interface. |
| **Claim 37** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said telecommunications interface includes a modem. | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said telecommunications interface includes a modem. |
| **Claim 38** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said hand holdable unit comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying information for respective selectable or selected items from said storage. | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said hand holdable unit comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying information for respective selectable or selected items from said storage. |
| **Claim 39** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein said hand holdable unit comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying information for respective selectable or selected items from said storage, and wherein operation of said first and/or second switches in predetermined operational states of said hand holdable unit causes predetermined functions other than scrolling functions to be performed. | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein said hand holdable unit comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying information for respective selectable or selected items from said storage, and wherein operation of said first and/or second switches in predetermined operational states of said hand holdable unit causes predetermined functions other than scrolling functions to be performed. |
| **Claim 40** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein said | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein said |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| display screen comprises a touch sensitive screen forming a said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input. | display screen comprises a touch sensitive screen forming a said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input. |
| **Claim 41** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein a said reading sensor is for reading coded data, wherein said controller is arranged to access the stored information for selectable items to determine natural language characters or images corresponding to the coded data for display. | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein a said reading sensor is for reading coded data, wherein said controller is arranged to access the stored information for selectable items to determine natural language characters or images corresponding to the coded data for display. |
| **Claim 44** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein a said reading sensor is a motion detector or a scanning device. | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein a said reading sensor is a motion detector or a scanning device. |
| **Claim 45** | |
| A data entry device according to claim 44, wherein said scanning device is a camera. | A data entry device according to claim 44, wherein said scanning device is a camera. |
| **Claim 51** | |
| A data entry system according to any claims 26, 27, 28, 29, 30 or 31, wherein programs in said hand holdable unit are updateable remotely from said processing center. | A data entry system according to any claims 26, 27, 28, 29, 30 or 31, wherein programs in said hand holdable unit are updateable remotely from said processing center. |
| **Claim 53** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, comprising a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, comprising a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry or |

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM INTERPRETATION |
|---|---|
| data entry or merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. | merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof. |
| **Claim 55** | |
| A data entry system according to claim 53, wherein said carrier comprises a display. | A data entry system according to claim 53, wherein said carrier comprises a display. |
| **Claim 56** | |
| A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein a key on said data entry unit can be used for entry of a said command and/or data. | A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein a key on said data entry unit can be used for entry of a said command and/or data. |
| **Claim 57** | |
| A merchandising system comprising a data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein: said selectable items are merchandisable items; and said remote processing center initiates processing of user orders of said selectable merchandisable items. | A merchandising system comprising a data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein: said selectable items are merchandisable items; and said remote processing center initiates processing of user orders of said selectable merchandisable items. |
| **Claim 59** | |
| A data entry system according to any of claims 27, 28, 30 or 31, wherein said controller is responsive to a said command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items. | A data entry system according to any of claims 27, 28, 30 or 31, wherein said controller is responsive to a said command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items. |
| **Claim 60** | |
| A data entry system according to any of claims 28, 29, 30 or 31 wherein said hand holdable unit includes a speaker and/or microphone permitting said hand holdable unit to be used as a telephone handset. | A data entry system according to any of claims 28, 29, 30 or 31 wherein said hand holdable unit includes a speaker and/or microphone permitting said hand holdable unit to be used as a telephone handset. |

**EXHIBIT B**
**GLOSSARY OF TERMS**

| TERM | DEFINITION |
|---|---|
| carrier | a medium which carries one or more data and/or command code, character, image, or graphical or alphanumeric data representation |
| coded data | data having a recognizable pattern or structure |
| commands and/or sensed commands | instructions |
| communications interface | a device which enables communication between two or more devices |
| comprise | are |
| controller | a microprocessor or other processing circuitry |
| coupled | connected or linked |
| data | factual information |
| directly connects | connect without an intervening agency or step between the hand holdable unit and the telecommunications network |
| directly to connect | connect without an intervening agency or step between the data entry device and the wireless telecommunications network |
| display (n.) | an electronic element that provides a visual representation |
| display (v.) | show |
| downloading | transferring from one place to storage at another |
| forming | assuming the function of |
| hand holdable | can be held by one hand in normal use |
| input signals | output of the reading sensor to be received by a controller |
| integral with | formed as a unit with one or more parts |
| key | a manual switch |
| manually operable switches | devices for making, breaking, or changing the connections in an electrical circuit, which can be operated by hand |
| modem | a device that converts data from one form to another |
| motion detector | a device that is sensitive to movement |
| process (v.) | to subject to examination or analysis |
| programs | coded instructions that a computer follows to perform a desired sequence of operations |

| | |
|---|---|
| **reading sensor** | a structure capable of detecting and reporting data |
| **responsive** | giving response or reaction |
| **rewritable storage** | storage in which the stored information can be written over |
| **scrolling said display** | stepping through text or graphics displayed on a display |
| **signature** | a characteristic or mark distinctively identifying a person |
| **storage** | part of a computer that accepts and retains information for subsequent use or retrieval |
| **stored information** | information previously saved |
| **telecommunications line interface** | a device that enables telephonic communication between two or more devices by wire or cable |
| **touch sensitive screen** | screen which reacts to touch by producing a signal |